Karen O'Kasey, OSB No. 87069
HOFFMAN, HART & WAGNER, LLP
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone:     (503) 222-4499
Facsimile:      (503) 222-2301
E-mail:          kok@hhw.com

Of Attorneys for Defendant The City of Ashland


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| AMERICAN BUDDHA, an Oregon Nonprofit Corporation, | ) ) ) | No. 06-CV-3054-PA |
| Plaintiff, | ) ) ) | DEFENDANT THE CITY OF ASHLAND'S OBJECTION TO PLAINTIFF'S MOTION FOR |
| v. | ) ) | EXTENSION OF TIME |
| THE CITY OF ASHLAND AND THE WASHINGTON POST COMPANY, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Local Rule 7, defendant the City of Ashland objects to plaintiff's second

motion for an extension of time to file its response to defendant's motion for summary judgment.

This objection is based on the Affidavit of Joe Franell, the argument set forth below and the

pleadings on file herein.

LEGAL ARGUMENT

On December 1, 2006, defendant the City of Ashland filed a motion for summary

judgment against all claims brought by plaintiff. Plaintiff requested, unopposed by defendant, an

extension of time, through January 29, 2007, to file its response.

On January 28, 2007, without conferring, plaintiff moved for a second extension of time

to file its response. The request for the second extension of time is based in part on plaintiff's

counsel's involvement in another legal matter in San Mateo County Superior Court, to which

Page 1 - DEFENDANT THE CITY OF ASHLAND'S OBJECTION
          TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

defendant has no response. It is also based on the claim that Ashland Fiber Network shut off American Buddha's Internet modem, which apparently also serves plaintiff's counsel's own website and email.

As set forth in the Affidavit of Joe Franell, this statement is untrue. At no time did Ashland Fiber Network shut off the modem serving either plaintiff or plaintiff's counsel's website or email, as represented in the Declaration. To the extent the court considers this claim as basis for an additional extension of time, it should be denied.

Respectfully submitted this __31st__ day of January, 2007.

HOFFMAN, HART & WAGNER, LLP


By:__/s/ Karen O'Kasey_____
     Karen O'Kasey, OSB No. 87069
     Of Attorneys for Defendant the City of Ashland

Page 2 - DEFENDANT THE CITY OF ASHLAND'S OBJECTION
         TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499

CERTIFICATE OF SERVICE

I hereby certify that, on this __31st__ day of January, 2007, I served the foregoing

DEFENDANT THE CITY OF ASHLAND'S OBJECTION TO PLAINTIFF'S MOTION FOR

EXTENSION OF TIME as follows:

> Charles Carreon, Esq.
> Online Media Law, PLLC
> 423 Gateway Drive, #64
> Pacifica, CA  94044
>     Attorney for Plaintiff

by electronic means through the Court's Case Management/Electronic Case File system.

/s/ Karen O'Kasey
Karen O'Kasey

Page 1 -      CERTIFICATE OF SERVICE

HOFFMAN, HART & WAGNER LLP
Attorneys at Law
Twentieth Floor
1000 S.W. Broadway
Portland, Oregon 97205
Telephone (503) 222-4499